IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYREETA ROBERTS<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 17-0297 |
| v. | : | |
| | : | |
| HEALTH PARTNERS PLANS, INC.<br>*Defendant* | : | |

# O R D E R

**AND NOW**, this 3rd day of August 2017, upon consideration of Defendant's *motion to dismiss*, [ECF 7], Plaintiff's opposition thereto, [ECF 8], and the allegations contained in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**, and this action is **DISMISSED** without prejudice. Plaintiff may file an amended complaint, addressing the deficiencies noted in the accompanying Memorandum Opinion, by August 15, 2017. In the event that Plaintiff has not filed an amended complaint by August 15, 2017, the Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*